IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| D. MICHAEL HARTLEY, D. KENT HARTLEY, JEFFREY B. NICHOLS, STANDARD BENT GLASS CORP., a Pennsylvania corporation, and COASTAL GLASS DISTRIBUTORS, a South Carolina corporation, | § § § § § § § | No. 591, 2015 |
| | § | |
| Plaintiffs Below, Appellants, | § § | Court Below: |
| | § | |
| v. | § § | Court of Chancery of the State of Delaware |
| | § | |
| CONSOLIDATED GLASS HOLDINGS, INC., (f/k/a GSG Acquisition, Inc.), a Delaware corporation, and G.A.A.G., LLC, (d/b/a Global Security Glazing), an Alabama limited liability company, | § § § § § | C.A. No. 9360-VCN |
| | § | |
| Defendants Below, Appellees. | § § | |

Submitted: April 13, 2016
Decided: April 14, 2016

Before **VALIHURA**, **VAUGHN**, and **SEITZ**, Justices.

## O R D E R

This 14th day of April 2016, the Court, having considered this matter on the briefs and oral arguments of the parties, has concluded that the same should be affirmed on the basis of and for the reasons assigned by the Court of Chancery in its September 30, 2015 decision.

1

NOW, THEREFORE, IT IS ORDERED that the judgment of the Court of Chancery is AFFIRMED.

BY THE COURT:

/s/ *Karen L. Valihura*
Justice
